**No. 11-7564. Harold Oliver, Petitioner v. Marcus Hardy, Warden.**

565 U.S. 1167, 132 S. Ct. 1115, 181 L. Ed. 2d 997, 2012 U.S. LEXIS 894.

January 17, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

**No. 11-7566. Cynthia Sky, Petitioner v. L. Dean Marshall, Superintendent, Hiland Mountain Correctional Center.**

565 U.S. 1167, 132 S. Ct. 1115, 181 L. Ed. 2d 997, 2012 U.S. LEXIS 890.

January 17, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 11-7584. Mary L. Battle, Petitioner v. Port Alliance Federal Credit Union.**

565 U.S. 1167, 132 S. Ct. 1116, 181 L. Ed. 2d 997, 2012 U.S. LEXIS 739.

January 17, 2012. Petition for writ of certiorari to the Supreme Court of Virginia denied.

**No. 11-7591. Tywon Knight, Petitioner v. Yolande Johnson.**

565 U.S. 1167, 132 S. Ct. 1116, 181 L. Ed. 2d 997, 2012 U.S. LEXIS 826.

January 17, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

**No. 11-7599. Eduardo A. Trevino, Petitioner v. Ernest Gutierrez, Warden, et al.**

565 U.S. 1167, 132 S. Ct. 1116, 181 L. Ed. 2d 997, 2012 U.S. LEXIS 840,

January 17, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 426 Fed. Appx. 327.

**No. 11-7629. Arthur Singleton, Petitioner v. Willie Eagleton, Warden.**

565 U.S. 1167, 132 S. Ct. 1116, 181 L. Ed. 2d 997, 2012 U.S. LEXIS 715.

January 17, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 425 Fed. Appx. 228.

**No. 11-7630. Arthur Dale Senty-Haugen, Petitioner v. Lucinda E. Jesson, Commissioner, Minnesota Department of Human Services.**

565 U.S. 1168, 132 S. Ct. 1116, 181 L. Ed. 2d 997, 2012 U.S. LEXIS 732.

January 17, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.